■ TRANSPORT POOL, INC., SPACE RENTAL DIVISION, Appellant, v A. S. REYNOLDS ELECTRIC CO., INC., et al., Respondents.—Order, Supreme Court, New York County, entered on January 23, 1978, unanimously affirmed on the opinion of Fraiman, J., at Special Term. Respondents A. S. Reynolds and

Fidelity shall recover of appellant $75 costs and disbursements of this appeal. Concur—Birns, J. P., Fein, Bloom, Silverman and Ross, JJ.